# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

In re:

Lovette Properties, LLC,

Debtor.

} Case No. 20-01742
} Chapter 7

# CONSENT ORDER MODIFYING/LIFTING AUTOMATIC STAY

This matter having come before the Court based on the consent of the undersigned, it is hereby **ORDERED, ADJUDGED, and DECREED**:

The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified/lifted to permit Valley National Bank, a creditor of the above named Debtor, to pick up and foreclose or otherwise proceed against the following property securing the debt of the Debtor to said Creditor, which is being voluntarily surrendered to Creditor, to wit:

**(2) Dump Trailers, (1) enclosed trailer - 12' x 8', (1) 10' Trailer and (1) Long hauler trailer 18'**

Dated: January 7, 2021

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge

This order consented to by:

/s/ Clint Lovette
Clint Lovette
For Debtor Lovette Properties, LLC

/s/ Andre' M Toffel
Andre' M Toffel
Trustee

/s/ C. Taylor Crockett
C. Taylor Crockett
Debtor's Attorney

/s/ Alto Lee Teague, IV
Alto Lee Teague, IV
Attorney for Valley National Bank